*Joseph B. & Bryan Cumming* and *Park & Park,* for defendant.

---

### CHAMBERS *v.* CENTRAL OF GEORGIA RAILWAY COMPANY.

ATKINSON, J. 1. Considered in the light of the pleadings and the evidence and the entire charge, the grounds of the motion which complain of the charge of the court furnish no cause for the grant of a new trial.

2. The evidence authorized the verdict, and the discretion of the trial court in refusing a new trial will not be disturbed

*Judgment affirmed. All the Justices concur.*
APRIL 12, 1911.

Action for damages. Before Judge Lewis. Jones superior court. April 20, 1910.

*Johnson & Johnson,* for plaintiff.

*Harris & Harris,* for defendant.